**DISMISS and Opinion Filed October 11, 2023**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00918-CR**

**JERRY GLOVER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F23-40747-U**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Garcia, and Justice Kennedy
Opinion by Chief Justice Burns

Before the Court is appellant's "Motion for Voluntary Dismissal of Appeals"

[sic]. The motion states, "Appellant hereby withdraws his Notice of Appeal in this

case by filing this written withdrawal . . . ." The motion is signed by appellant and

his counsel. We grant the motion and dismiss the appeal.

/Robert D. Burns, III/

Do Not Publish
TEX. R. APP. P. 47.2(b)

ROBERT D. BURNS, III
CHIEF JUSTICE

230918F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JERRY GLOVER, Appellant

No. 05-23-00918-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas Trial Court Cause No. F23-40747. Opinion delivered by Chief Justice Burns. Justices Garcia and Kennedy participating.

Based on the Court's opinion of this date, appellant's Motion for Voluntary Dismissal of Appeals is **GRANTED**, and the appeal is **DISMISSED**.

Judgment entered this 11th day of October 2023.